IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JACQUELINE RENE BARTOSH,

    Plaintiff,

    v.                                         Case No. 3:18-cv-171-jdp

CAROLYN W. COLVIN,
ACTING COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

~~PROPOSED~~ ORDER ON THE COMMISSIONER'S MOTION FOR REMAND FOR FURTHER PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the Commissioner's motion to remand this action, this Court now, upon substantive review, hereby enters a judgment under sentence four of 42 U.S.C. § 405(g) reversing the Commissioner's decision with a remand of the cause to the Commissioner according to the following terms. See *Shalala v. Schaefer*, 509 U.S. 292, 296 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 97-98 (1991).

On remand, an Administrative Law Judge (ALJ) will issues a de novo decision, considering, as appropriate, Plaintiff's impairments, whether Plaintiff's impairments satisfy the requirements of a listed impairment, and Plaintiff's residual functional

capacity. The ALJ will also consider whether Plaintiff can return to her past relevant work and/or if Plaintiff can perform a significant number of jobs in the national economy.

SO ORDERED this 20TH day of AUGUST, 2018.

James D. Peterson
United States District Court Judge